UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TEPERSON, on behalf of himself and all other Californians similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATRIXX INITIATIVES, INC., a Delaware corporation, and ZICAM, LLC, an Arizona limited liability company,<br><br>  Defendants. | Case No. 09-CV-1358 IEG POR<br>Hon. Irma E. Gonzalez<br>Courtroom 1<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO STAY PROCEEDINGS (Doc. No. 16); and**<br><br>**(2) DENYING AS MOOT DEFENDANTS' MOTION TO STAY PROCEEDINGS (Doc. No. 11).** |

On August 11, 2009, Defendants Matrixx Initiatives, Inc. and Zicam, LLC ("Defendants") filed a motion to stay proceedings in this case pending a ruling on transfer and consolidation by the Judicial Panel on Multidistrict Litigation (the "Panel"). (Doc. No. 11.) The Court scheduled a hearing on the motion for September 21, 2009 at 10:30 a.m.

1

1   The parties have since filed, on August 28, 2009, a joint motion to stay
2 proceedings in this case pending a decision by the Panel regarding the transfer and
3 coordination of this action.  (Doc. No. 16.)

4
5   Good cause appearing, the Court GRANTS the parties' joint motion, DENIES
6 AS MOOT Defendants' prior motion to stay the proceedings, and VACATES the
7 hearing on Defendants' prior motion.

8   IT IS HEREBY ORDERED THAT, pursuant to the joint motion, that there
9 will be a stay of: (a) all pre-trial activity in this case; (b) the period for initial
10 disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all
11 other discovery and pre-trial deadlines, pending a decision by the Panel regarding
12 the transfer and coordination of this action.

13   IT IS ALSO ORDERED THAT, that within fourteen (14) days after a
14 decision of the Panel regarding the transfer and coordination of this action, the
15 Parties will notify the Court so as to proceed in a manner consistent with the ruling
16 by the Panel.

17   **IT IS SO ORDERED.**

18
19 DATED:  August 31, 2009

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**